No. 76–1099. SHORT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–1104. SAGRACY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–1125. JACK SANDERS CORP. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 76–1131. ECHOLS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–1136. HELSTOSKI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–1138. LE BEAU TOURS INTER-AMERICA, INC. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–1146. B & E PAVING CO. ET AL. *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 76–1167. CRUMPACKER *v.* RUMAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 76–1197. SECURITIES INVESTOR PROTECTION CORP. *v.* MASSACHUSETTS FINANCIAL SERVICES, INC. C. A. 1st Cir. Certiorari denied.

No. 76–1252. BADDOCK *v.* AMERICAN BENEFIT LIFE INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–1255. VITELLO *v.* GAUGHAN, CORRECTIONAL SUPERINTENDENT. C. A. 1st Cir. Certiorari denied.

No. 76–1268. POSTER EXCHANGE, INC. *v.* NATIONAL SCREEN SERVICE CORP. ET AL. C. A. 5th Cir. Certiorari denied.